**Kaboomracks Loan Agreement and Share Granting**

**Date:** 8/19/24

**Parties:**

- **Lender 1:** [Brian Snyder], [20786 N 61st Dr. Glendale, AZ 85308]
- **Lender 2:** [Honey Badger Mining, Greg Bachrach], [777 Brickell Ave #500-91783, Miami, FL 33131]
- **Lender 3:** [Nicholas Foster], [917 W 7th Ave Kearney, Missouri, 64060]
- **Lender 4:** Robert Van Kirk, 7368 Brace St, Houston, TX 77061
- **Borrower:** [Kaboomracks], a C corporation organized under the laws of Delaware, with its principal office at [2848 W Sweetwater Ave. STE2, Phoenix, AZ 85029]

## 1. Loan Amount and Terms

- **Principal Amount:**
  - Lender 1: 2.50 BTC / $150,000 USD cash equivalent
  - Lender 2: 1.97 BTC / $118,200 USD cash equivalent
  - Lender 3: 1.41 BTC / $84,600 USD cash equivalent
  - Lender 4: 0.87 BTC / $52,200 USD cash equivalent
  - Totalling 6.75 BTC / $405,000

Based on a pegged 60,000 USD value at the time.

- **USD Equivalent:** Calculated based on the Bitcoin value at the time of transfer.
- **Interest Rate:** 8% per annum, compounding monthly, calculated on the USD equivalent of the principal, at the time of transfer.
- **Term:** 12 months from the date of this agreement.
- **Repayment:** The principal in Bitcoin, and the interest in USD, to be paid in a lump sum at the end of the 12-month term.

## 2. Equity Grant

- **Equity Granted:** Number of Shares, calculated based on the USD equivalent of the Bitcoin loan at $60000 USD per 1 BTC.
- Lender 1: 3,566,667 new shares
- Lender 2: 2,810,533 new shares
- Lender 3: 2,063,911 new shares
- Lender 4: 1,250,078 new shares

- **Type of Equity:** [Common Stock] in [Kaboomracks Inc.].

- **Issuance:** Equity certificates will be issued to the lender within 30 days of loan execution.

## 3. Repayment and Balloon Payment

- **Repayment:** The principal amount will be repaid in Bitcoin to the same amount that was contributed initially. Such as 1 BTC, regardless of USD price, will be returned as 1 BTC to the lender, with interest paid in USD, in a single lump sum at the end of the term.
- **Balloon Payment:** The repayment includes the full principal and accrued interest.

## 4. Subordination and Limited Recourse

- **Subordination:** The borrower acknowledges that this loan is subordinate to any existing secured debt.
- **Limited Recourse:** In the event of the company's liquidation, the lender's claim is limited to the equity granted, with no further claims on the company's assets.

## 5. Representations and Warranties

- **Lender's Acknowledgment:** The lender acknowledges the company's extreme financial distress and understands the risks involved.
- **Borrower's Representations:** The borrower represents that it has the authority to grant equity and enter into this agreement.

## 6. Governing Law

- **Jurisdiction:** This agreement is governed by the laws of Delaware.

## 7. Miscellaneous

- **Entire Agreement:** This document constitutes the entire agreement between the parties.
- **Amendments:** Any amendments must be in writing and signed by both parties.
- **Assignment:** This agreement may not be assigned by either party without the consent of the other.

---

Signature page to follow - rest of the page deliberately left blank.

# Signature

## [Kaboomracks] Loan Agreement and Share Granting

**Date:** August 19, 2024

## Signatures

### Lender 1: Brian Snyder

Signature: _[signed] Brian Snyder (Aug 19, 2024 04:40 PDT)_

Name: Brian Snyder
Date: 19/08/24

### Lender 2: Honey Badger Mining, Greg Bachrach

Signature: _[signed] Greg Bachrach (Aug 19, 2024 04:35 PDT)_

Name: Greg Bachrach, Director
Title: CEO
Date: 19/08/24

### Lender 3: Nicholas Foster

Signature: _Nick Foster_

Name: Nicholas Foster
Date: 19/08/24

### Lender 4: Robert Van Kirk

Signature: _Robert W. Van Kirk_

Name: Robert Van Kirk
Date: 19/08/24

**Borrower: Kaboomracks, Inc.**

Signature: *Dustin Holden*

Name: Dustin Holden

Title: CFO

Date: 19/08/24

# Draft Loan Proposal BTC updated 8/15

Final Audit Report  2024-08-19

| Created: | 2024-08-19 |
| --- | --- |
| By: | Dustin Holden (dustin@kaboomracks.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAhm_ikyBr24P980vksiyxw3yuJwyNDOKS |

## "Draft Loan Proposal BTC updated 8/15" History

- Document created by Dustin Holden (dustin@kaboomracks.com)
  2024-08-19 - 11:31:33 AM GMT

- Document emailed to Brian Snyder (brian@kaboomracks.com) for signature
  2024-08-19 - 11:31:38 AM GMT

- Document emailed to Greg Bachrach (greg@kaboomracks.com) for signature
  2024-08-19 - 11:31:38 AM GMT

- Document emailed to Robert Van Kirk (robert@kaboomracks.com) for signature
  2024-08-19 - 11:31:39 AM GMT

- Document emailed to Nick Foster (me@nickfost.com) for signature
  2024-08-19 - 11:31:39 AM GMT

- Document emailed to Dustin Holden (dustin@kaboomracks.com) for signature
  2024-08-19 - 11:31:39 AM GMT

- Email viewed by Dustin Holden (dustin@kaboomracks.com)
  2024-08-19 - 11:32:08 AM GMT

- Document e-signed by Dustin Holden (dustin@kaboomracks.com)
  Signature Date: 2024-08-19 - 11:32:23 AM GMT - Time Source: server

- Email viewed by Nick Foster (me@nickfost.com)
  2024-08-19 - 11:33:26 AM GMT

- Document e-signed by Nick Foster (me@nickfost.com)
  Signature Date: 2024-08-19 - 11:34:31 AM GMT - Time Source: server

- Email viewed by Greg Bachrach (greg@kaboomracks.com)
  2024-08-19 - 11:35:18 AM GMT



Adobe Acrobat Sign

- Document e-signed by Greg Bachrach (greg@kaboomracks.com)
  Signature Date: 2024-08-19 - 11:35:39 AM GMT - Time Source: server

- Email viewed by Brian Snyder (brian@kaboomracks.com)
  2024-08-19 - 11:40:01 AM GMT

- Document e-signed by Brian Snyder (brian@kaboomracks.com)
  Signature Date: 2024-08-19 - 11:40:26 AM GMT - Time Source: server

- Document e-signed by Robert Van Kirk (robert@kaboomracks.com)
  Signature Date: 2024-08-19 - 11:41:20 AM GMT - Time Source: server

- Agreement completed.
  2024-08-19 - 11:41:20 AM GMT

**Adobe Acrobat Sign**