Sheet1

# Vendors and customers in Missouri.

| DocNumber | Date | Address | Email | Value |
|---|---|---|---|---|
| Inv 15264 | 2024-12-08 | 1684 Hwy KK, Osage Beach, 65065 | ttaestates@charter.net | $4,995.00 |
| Inv 15135 | 2024-11-24 | John holmes, Columbia, 65203 | Johnrobertholmes@gmail.com | $171.70 |
| Inv 14116 | 2024-08-07 | 10703 State Hwy 76, Box 5, Tiff City, 64858 | Social@beeevolved.com | $0.00 |
| Inv 14107 | 2024-08-05 | 3816 Highway D, Defiance, 63341 | aviral@altairtech.io | $700.00 |
| Inv 13495 | 2024-08-03 | 10703 State Hwy 76, Box 5, Tiff City, 64868 | Social@beeevolved.com | $201.99 |
| Inv 13263 | 2024-05-09 | 2602 ne 68th terr, Kansas City, 64119 | dakotacreason@gmail.com | $247.05 |
| Inv 13224 | 2024-05-06 | 10703 State Hwy 76, Box 5, Tiff City, 64858 | Social@beeevolved.com | $8,795.00 |
| Inv 12905 | 2024-04-10 | 1684 Hwy KK, Osage Beach, 65065 | ttaestates@charter.net | $17,006.00 |
| Inv 12511 | 2024-03-08 | 3816 Highway D, Defiance, 63341 | aviral@altairtech.io | $6,945.00 |
| Inv 12493 | 2024-03-07 | 1684 Hwy KK, Osage Beach, 65065 | ttaestates@charter.net | $175.00 |
| Inv 12423 | 2024-03-04 | 10703 State Hwy 76, Box 5, Tiff City, 64858 | Social@beeevolved.com | $4,679.00 |
| Inv 12398 | 2024-03-01 | 3858 Bowen St, Saint Louis, 63116 | morleyd@gmail.com | $16,100.00 |
| Inv 12380 | 2024-02-29 | 3816 Highway D, Defiance, 63341 | aviral@altairtech.io | $18,000.00 |
| Inv 12193 | 2024-02-15 | 3816 Highway D, Defiance, 63341 | aviral@altairtech.io | $0.00 |
| Inv 12022 | 2024-02-04 | 230 Crescent Valley Ct, Valley Park, 63088 | Lucasbonskowski@pm.me | $3,358.00 |
| Inv 11541 | 2024-02-01 | 1684 Hwy KK, Osage Beach, 65065 | ttaestates@charter.net | $6,204.00 |
| Inv 11931 | 2024-01-29 | 3213 Country Club Drive, Jefferson City, 65109 | bricebernskoetter@gmail.com | $1,946.00 |
| Inv 11228 | 2023-12-12 | 1684 Hwy KK, Osage Beach, 65065 | ttaestates@charter.net | $2,100.00 |
| Inv 11110 | 2023-12-01 | 5515 Impala Dr., Joplin, 64804 | ptrenthammd@protonmail.com | $4,689.00 |
| Inv 11052 | 2023-11-30 | 1684 Hwy KK, Osage Beach, 65065 | ttaestates@charter.net | $2,060.00 |
| Inv 10910 | 2023-11-27 | 1684 Hwy KK, Osage Beach, 65065 | ttaestates@charter.net | $1,099.00 |
| Inv 10990 | 2023-11-25 | 1684 Hwy KK, Osage Beach, 65065 | ttaestates@charter.net | $10,000.00 |
| Inv 10771 | 2023-11-08 | 1684 Hwy KK, Osage Beach, 65065 | ttaestates@charter.net | $1,570.00 |
| Inv 10883 | 2023-11-08 | 18106 State Highway J, Malden, 63863 | badgerlandcrypto@gmail.com | $0.00 |
| Inv 10838 | 2023-11-06 | 3816 Highway D, Defiance, 63341 | aviral@altairtech.io | $3,500.00 |
| Inv 10839 | 2023-11-06 | 3816 Highway D, Defiance, 63341 | aviral@altairtech.io | $103.28 |
| Inv 10845 | 2023-11-06 | 123 Main St, Kansas City, 64114 | s9.uproar938@slmail.me | $11,000.00 |
| Inv 10382 | 2023-11-01 | 1684 Hwy KK, Osage Beach, 65065 | ttaestates@charter.net | $3,318.90 |
| Inv 10494 | 2023-11-01 | 5515 Impala Dr., Joplin, 64804 | ptrenthammd@protonmail.com | $4,629.00 |
| Inv 10776 | 2023-11-01 | 3213 Country Club Drive, Jefferson City, 65109 | bricebernskoetter@gmail.com | $3,300.00 |
| Inv 10698 | 2023-10-25 | 1684 Hwy KK, Osage Beach, 65065 | ttaestates@charter.net | $400.00 |
| po 3030 | 2023-10-13 | 5515 Impala Drive, Joplin, 64804 | NULL | $0.00 |
| Inv 10483 | 2023-10-03 | 1684 Hwy KK, Osage Beach, 65065 | ttaestates@charter.net | $379.99 |
| po 3020 | 2023-10-03 | 3816 Highway D, Defiance, 63341 | NULL | $10,990.00 |
| Inv 10283 | 2023-09-18 | 1684 Hwy KK, Osage Beach, 65065 | ttaestates@charter.net | $9,500.00 |
| Inv 9981 | 2023-08-03 | 3816 Highway D, Defiance, 63341 | aviral@altairtech.io | $1,829.00 |
| Inv 9856 | 2023-07-20 | 3816 Highway D, Defiance, 63341 | aviral@altairtech.io | $1,990.00 |
| Inv 9776 | 2023-07-14 | 3816 Highway D, Defiance, 63341 | aviral@altairtech.io | $5,487.00 |
| Inv 9714 | 2023-07-11 | 3816 Highway D, Defiance, 63341 | aviralshukla@gmail.com | $700.00 |
| Inv 9721 | 2023-07-11 | 3816 Highway D, Defiance, 63341 | aviral@altairtech.io | $500.00 |
| Inv 9722 | 2023-07-11 | 3816 Highway D, Defiance, 63341 | aviral@altairtech.io | $3,750.00 |
| Inv 9500 | 2023-06-23 | 3816 Highway D, Defiance, 63341 | aviralshukla@gmail.com | $3,666.00 |
| Inv 9422 | 2023-06-17 | 3816 Highway D, Defiance, 63341 | aviralshukla@gmail.com | $1,838.15 |
| Inv 9195 | 2023-06-01 | 230 Crescent Valley Ct, Valley Park, 63088 | Lucasbonskowski@pm.me | $237.50 |
| Inv 9214 | 2023-05-29 | 2226 Parkton Way, Barnhart, 63012-1270 | 30322a33ecf6af29de68@members.ebay.com | $0.00 |
| Inv 9123 | 2023-05-22 | 230 Crescent Valley Ct, Valley Park, 63088 | Lucasbonskowski@pm.me | $185.26 |
| Inv 9081 | 2023-05-17 | 501 N Lindbergh Blvd, Creve Coeur, 63141-7816 | 17fa007f67036d8fbd71@members.ebay.com | $100.00 |
| Inv 9035 | 2023-05-12 | 708 E Pine St, Scott City, 63780-2731 | 05fa6cbfaf614ff9ff12@members.ebay.com | $22,170.00 |
| Inv 8553 | 2023-04-01 | 337 Niedergerke drive, Montgomery City, 63361 | Ryan@Mtmanalytics.com,tim@kaboomracks.com | $150.00 |
| Inv 8522 | 2023-03-20 | 399 North Business Route 5, Camdenton, 65020 | 0bb0a3ad46320fcf4722@members.ebay.com | $1,813.96 |
| Inv 8447 | 2023-03-15 | 416 Highland Meadows Place, Wentzville, 63385 | tim_ruyle@yahoo.com | $445.42 |
| Inv 8389 | 2023-03-07 | 1220 Olive St, Saint Louis, 63103-2348 | 173e4300a8915ff83631@members.ebay.com | $1,734.17 |
| Inv 8002 | 2023-02-01 | 8705 E 99th St, Kansas City, 64134 | infinitytechhardwarestation@gmail.com | $7,996.00 |
| Inv 7847 | 2023-02-01 | 8705 E 99th St, Kansas City, 64134 | infinitytechhardwarestation@gmail.com | $7,996.00 |
| Inv 7803 | 2023-02-01 | 8705 E 99th St, Kansas City, 64134 | infinitytechhardwarestation@gmail.com | $0.00 |
| Inv 7989 | 2023-01-20 | 6005 Pershing Avenue, St. Louis, 63112 | Hannon.Haggard@proton.me | $132.64 |
| Inv 7609 | 2023-01-04 | 416 Highland Meadows Place, Wentzville, 63385 | tim_ruyle@yahoo.com | $1,122.11 |
| Inv 7509 | 2023-01-01 | 3213 Country Club Drive, Jefferson City, 65109 | bricebernskoetter@gmail.com | $226.00 |
| Inv 7758 | 2022-12-29 | 907 Pevely Pointe Dr, Pevely, 63070-1952 | 0b460fa40e46d3605485@members.ebay.com | $321.97 |
| Inv 7585 | 2022-12-15 | 6005 Pershing Avenue, St. Louis, 63112 | Hannon.Haggard@proton.me | $150.00 |
| Inv 7233 | 2022-11-19 | Destiny Mize, Patton, 63662-9761 | 0b11659ec0072ae58682@members.ebay.com | $0.00 |
| Inv 7234 | 2022-11-19 | Damiun Mize, Patton, 63662-9761 | 0b115b959d1024bcb136@members.ebay.com | $107.32 |
| Inv 7219 | 2022-11-18 | 5929 Cypress Ave, Kansas City, 64130 | spencer@bowlafterbowl.com | $2,959.00 |
| Inv 6888 | 2022-09-16 | 7089 Outer Rd, Odessa, 64076 | joshipetroleum5@gmail.com | $25,630.80 |
| Inv 6357 | 2022-09-01 | 8705 E 99th St, Kansas City, 64134 | infinitytechhardwarestation@gmail.com | $1,688.00 |
| Inv 6220 | 2022-07-08 | 2208 Missouri Blvd, Jefferson City, 65109 | iss21lof@inc43.com | $569.02 |
| Inv 6154 | 2022-07-01 | 2208 Missouri Blvd, Jefferson City, 65109 | iss21lof@inc43.com | $13,420.00 |
| Inv 5939 | 2022-06-06 | 7385 whiskey creek rd, washington, 63090 | genilo.tree8308@fastmail.com | $0.00 |
| Inv 5928 | 2022-06-03 | 603 Altal Drive, Columbia, 65203 | alexmchanin@icloud.com | $0.00 |
| Inv 5927 | 2022-06-03 | 603 Altal Drive, Columbia, 65203 | alexmchanin@icloud.com | $370.57 |
| Inv 5843 | 2022-05-25 | 5409 Carver Rd, Neosho, 64850 | jeffreycrites@protonmail.com | $5,039.80 |
| Inv 5719 | 2022-05-10 | 8535 N Overland Dr, Kansas City, 64154 | chris@kcmo.io | $6,300.00 |
| Inv 4970 | 2022-04-01 | 3213 Country Club Drive, Jefferson City, 65109 | bricebernskoetter@gmail.com | $7,890.00 |
| Inv 5225 | 2022-03-10 | 321 W Helm St, Brookfield, 64628 | david@stonecreekcabinetry.com | $505.00 |
| Inv 5024 | 2022-02-15 | 6812 NW 81st Street, Kansas City, 64152 | officialHJ@protonmail.com | $1,200,000.00 |
| Inv 4732 | 2022-01-01 | 603 Altal Drive, Columbia, 65203 | alexmchanin@icloud.com | $13,199.00 |
| Inv 4767 | 2021-12-23 | 14635 Lawrence 1195, Aurora, 65605 | edge4more@gmail.com | $13,284.00 |
| Inv 4619 | 2021-12-01 | 2300 Main St, Kansas City, 64108 | mmorse@ohmcommerce.net | $52,786.00 |
| Inv 4615 | 2021-12-01 | 14635 Lawrence 1195, Aurora, 65605 | edge4more@gmail.com | $26,054.00 |
| Inv 4630 | 2021-11-09 | 14635 Lawrence 1195, Aurora, 65605 | edge4more@gmail.com | |

## Missouri Employees

| Name | Address | Number | Status |
|---|---|---|---|
| Dakota Creason | 2602 ne 68th terr, Kansas City | 913 952 8472 | Currently Employed |
| Trenton Wuerfele | 302 3rd st terr trimble mo 6441 | 816 299 0562 | Fired |
| Nick Foster | 917 w 7th ave kearney missouri | 816 719 5507 | Quit |