**This Agreement** is between **KCMOTech LLC** ("KCMOTech") and **Kaboomracks Inc.** ("Kaboomracks"), effective 10/01/24.

### 1. SERVICES PROVIDED

KCMOTech will:

- Accept deliveries for Kaboomracks.
- Label and prepare boxes for shipment.

### 2. RENTAL SPACE

Kaboomracks will rent 1000 square feet of space from KCMOTech at 709 Forest Ave, Kansas City, MO 64106.

- **Rent:** $614 per month, due on the 1st of each month.

### 3. PAYMENT

- **Package Processing:** Kaboomracks will pay $8 per package.
- **Additional Labor:** $20 per hour for extra services.

### 4. TERM AND CANCELLATION

- This agreement continues month-to-month.
- Either party can cancel with 30 days' notice.

### 5. LIABILITY

- Each party is responsible for their own actions.
- Kaboomracks will cover any claims related to the services provided unless caused by KCMOTech's negligence.
- Insurance
  - Kaboomracks will maintain its own insurance for the assets it may store at the property

### 6. CONFIDENTIALITY

Both parties agree to keep sensitive information confidential.

### 7. GOVERNING LAW

This agreement is governed by the laws of Missouri.

### 8. ENTIRE AGREEMENT

This is the full agreement between KCMOTech and Kaboomracks. Any changes must be in writing and signed by both parties.

## SIGNATURES

**KCMOTech LLC**

Signature: *[signature]*
*Name:* Aaron Nijsse
*Date:* 09/30/2024

***Kaboomracks Inc.***

*Signature:* *Nick Foster*
Name: Nick Foster
Date: 09/30/2024

# KBR Agreement

Final Audit Report                                              2024-09-30

| | |
|---|---|
| Created: | 2024-09-30 |
| By: | Nick Foster (me@nickfost.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA5ITKRwijEFMXGh4KEpVLY2LfrnhhdT_F |

## "KBR Agreement" History

- Document created by Nick Foster (me@nickfost.com)
  2024-09-30 - 3:00:01 PM GMT- IP address: 24.31.252.53

- Document emailed to Aaron Nijsse (admin@kcmotech.com) for signature
  2024-09-30 - 3:00:06 PM GMT

- Document emailed to Nick Foster (nick@kaboomracks.com) for signature
  2024-09-30 - 3:00:07 PM GMT

- Email viewed by Aaron Nijsse (admin@kcmotech.com)
  2024-09-30 - 3:01:34 PM GMT- IP address: 98.156.103.91

- Document e-signed by Aaron Nijsse (admin@kcmotech.com)
  Signature Date: 2024-09-30 - 3:03:07 PM GMT - Time Source: server- IP address: 98.156.103.91

- Email viewed by Nick Foster (nick@kaboomracks.com)
  2024-09-30 - 3:04:04 PM GMT- IP address: 24.31.252.53

- Document e-signed by Nick Foster (nick@kaboomracks.com)
  Signature Date: 2024-09-30 - 3:04:32 PM GMT - Time Source: server- IP address: 24.31.252.53

- Agreement completed.
  2024-09-30 - 3:04:32 PM GMT


Adobe Acrobat Sign

3