UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

**NICHOLAS FOSTER**, Plaintiff,

v.  Case No. 4:25cv-00787-BP

**KABOOMRACKS, INC.**,
    and,
**A.R.T. DIGITAL HOLDINGS CORP,** Defendants.

# PLAINTIFF'S MOTION & SUGGESTIONS FOR ENTRY OF DEFAULT JUDGMENT, WITH AFFIDAVIT

Pursuant to Local Rule 55.1 and FRCP 55, Plaintiff moves for the Clerk's Entry of Default as both defendants were personally served in October 2025, the 21 days allotted for responsive answer or motion has long passed, and neither defendant filed any responsive pleading, motion to dismiss, or motion for extension of time in which to answer Plaintiff's Complaint for Breach of Contractual Agreement seeking monetary compensation from defendants.

The Suggestions below are incorporated.

## Suggestions

Plaintiff attaches, and incorporates, these documents in support of this motion:

1. The undersigned Plaintiff's attorney hereby declares that he personally composed the attached letter of **November 26, 2025**, letter and e-mailed it that date, **more than 14 days prior to this motion**, to defendants' attorney Eric Newlan who advised that he represents both defendants, however, neither he nor any other attorney has entered an appearance in this case for

either defendant. That letter of November 26, 2026, gave this notice to defendants:

> **This letter is notice to you as attorney for both Kaboomracks, Inc., and A.R.T. Digital Holdings Corp--as you have written that your office represents each of them--that plaintiff will move for default judgment against both defendants promptly after the expiration of 14 days from the date of this letter.**

2. Attached to this motion is the **Affidavit of plaintiff Nicholas Foster** which states the manner and times of personal service upon each defendant, with **Returns of Service** showing personal service upon defendant Kaboomracks, Inc., on **October 9, 2025**, and upon defendant A.R.T. Digital Holdings Corp. on **October 25, 2025**.

/s/ *Kurt H. King*

_____

Kurt H. King   MO Bar 32009
2801 NE 100th Street,
Kansas City, Missouri 64156
816.781.6000
kurthkinglaw@gmail.com
ATTORNEY FOR PLAINTIFF