# LAW OFFICE OF KURT H. KING
## 2801 NE 100th Street
## Kansas City, Missouri 64156
## 816.781.6000
kurthkinglaw@gmail.com

November 26, 2025

Eric Newlan
Newlan Law Firm, PLLC
2201 Long Prairie Road
Suite 107-762
Flower Mound, Texas 75022

                                         BY E-MAIL ONLY TO eric@newlanpllc.com

Re:    Nicholas T. Foster v. Kaboomracks, Inc., A.R.T. Digital Holdings Corp.
        Civil Action No. 4:25-cv-00787-BP
        United States District Court for Western District of Missouri

Dear Mr. Newlan:

I represent plaintiff in the above-referenced case.

Both defendants were personally served and have failed to respond in the required amount of time.

**This letter is notice to you as attorney for both Kaboomracks, Inc., and A.R.T. Digital Holdings Corp--as you have written that your office represents each of them--that plaintiff will move for default judgment against both defendants promptly after the expiration of 14 days from the date of this letter.**

                                         Sincerely,

                                         */s/ Kurt H. King*

c: Nick Foster

Ex. A

1

 Gmail     Kurt King <kurthkinglaw@gmail.com>

## Notice of intent to move for default judgment; Foster v. Kaboomracks, A.R.T.

**Kurt King** <kurthkinglaw@gmail.com>     Wed, Nov 26, 2025 at 9:15 AM
To: Eric Newlan <eric@newlanpllc.com>

Mr. Newlan--

Please see the attached letter giving notice to defendants that Mr. Foster will move for default judgment against defendants.

Kurt King

📎 **11262025 ltr-atty notice of intent to move for default.kk.pdf**
21K

Case 4:25-cv-00787-BP     Document 3-1     Filed 12/15/25     Page 2 of 2     **A2**