UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

**NICHOLAS FOSTER**, Plaintiff,

v.                                             Case No. 4:25cv-00787-BP

**KABOOMRACKS, INC.**,
    and,
**A.R.T. DIGITAL HOLDINGS CORP**, Defendants.

# AFFIDAVIT--

# NOTICE OF INTENT TO REQUEST DEFAULT JUDGMENT

STATE OF ~~MISSOURI~~ Texas    )
                                  ) ss.
COUNTY OF ~~CLAY~~ Collin  )

I, NICHOLAS T. FOSTER, of lawful age, and duly sworn upon by oath, state as follows to the best of my knowledge and belief.

    1. Defendants totally failed to pay me the 1.41 BTC **in kind**, with interest in US Dollars at 8%, compounded monthly, due me in full no later than August 19, 2025, pursuant to written Loan Agreement (copy attached to my Complaint personally served upon each defendant in this case).

    2. After my communications to ascertain defendants' intentions as to payment due me per the terms of the Loan Agreement, I e-mailed my final Demand for Loan Repayment to defendants' officers and their counsel Eric Newlan on September 10, 2025, with same mailed to defendants on about September 11, 2025. That Demand demanded payment in full no later than

Ex. B

1

September 18, 2025, after which I would pursue all available remedies without further notice, including litigation.

3. Having received no payment by September 18, 2025, I filed, through counsel, suit against defendants on about October 7, 2025, styled **Foster v. Kaboomracks, Inc, and A.R.T. Digital Holdings Corp, Case No. 4:25-cv-00787-BP.** The Loan Agreement is attached as Exhibit A to my Complaint filed in that case and personally served upon both defendants.

4. The registered agent of defendant Kaboomracks, a Delaware Corporation, was personally served **October 9, 2025**, at 2:45 p.m., per the attached and incorporated Return of Service.

5. Logan Rice, principal officer and registered Agent for defendant A.R.T. Digitial Holdings Corp, was personally served on **October 25, 2025**, at 9:40 a..m., per the attached and incorporated Return of Service.

6. Neither defendants has entered an appearance, filed for an extension of time, or filed any motion or answer in my said Case No. 4:25-cv-00787-BP.

7. **Both defendants are in default and this is Notice that I will seek default judgment against each of them.**

Re-signed online in the presence of the Notary

Nicholas Todd Foster

*Nicholas Foster*

NICHOLAS T. FOSTER, Plaintiff

Subscribed and sworn to before me on November 25th, 2025.

[seal/stamp]
Bruce Edward Denny
ID NUMBER
134256534
COMMISSION EXPIRES
March 16, 2027

Notary Public
*Electronically signed and notarized online using the Proof platform.*

Civil Action No. 4:25-cv-00787-BP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* KABOOMRACKS, INC.
was received by me on *(date)* 10/09/2025

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* THE CORPORATION TRUST COMPANY AS REGISTERED AGENT. ACCEPTED BY: ROBIN HUTT-BANKS (MANAGING AGENT EMPLOYED BY REGISTERED AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* KABOOMRACKS, INC. 1209 ORANGE ST., WILMINGTON, DE 19801 on *(date)* 10/09/2025 AT 2:45 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 10/09/2025

*Server's signature*

GILBERT DEL VALLE    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR BREACH OF CONTRACTUAL AGREEMENT WITH EXHIBITS A-C;

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Missouri

Case Number: 4:25-CV-00787-BP

Plaintiff:
**NICHOLAS T. FOSTER**

vs.

Defendant:
**ABOOMRACKS, INC. and
A.RT. DIGITAL HOLDINGS CORP**

For:
Kurt H. King
2801 NE 100th Street
Kansas City, MO 64156

Received by Tom Kroll on the 24th day of October, 2025 at 8:17 am to be served on **A.RT. DIGITAL HOLDINGS CORP., 12600 Hill County Boulevard, Suite R-275, Bee Cave, TX 78738.**

I, Tom Kroll, do hereby affirm that on the **25th day of October, 2025** at **9:40 am, I:**

delivered a true and correct copy of this **SUMMONS IN A CIVIL ACTION, with attached COMPLAINT FOR BREACH OF CONTRACTUAL AGREEMENT and Exhibits A, B and C,** after endorsing the date of delivery thereon, to **A.RT. DIGITAL HOLDINGS CORP.** Accepted by **Logan Rice**, Registered Agent, in person, at **9713 Stratus Drive, Dripping Springs, TX 78620.**

My name is Tom Kroll, I am at least 18 years old, and my address is 1108 Lavaca Street, Suite 110-260, Austin, TX 78701, USA. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County, State of Texas.

**Tom Kroll**
PSC-3012 - Exp. 08/31/2027
10/29/2025
Date

Wyatt Process Service, LLC
1801 Red Bud Lane
Suite B-218
Round Rock, TX 78664
(512) 501-4391

Our Job Serial Number: WYT-2025001470



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri ▼

NICHOLAS T. FOSTER )
)
)
)
_____ )
Plaintiff(s) )
v. ) Civil Action No. 4:25-cv-00787-BP
KABOOMRACKS, INC. )
)
A.R.T. DIGITAL HOLDINGS CORP. )
)
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    KABOOMRACKS, INC.
    2848 W. SWEETWATER AVENUE, STE. 2
    PHOENIX, AZ 85029

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    KURT H. KING
    2801 NE 100TH STREET
    KANSAS CITY, MO 64156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: Oct 09, 2025          _____
                                  Signature of Clerk or Deputy Clerk



# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| NICHOLAS T. FOSTER <br><br> *Plaintiff(s)* <br> v. <br> KABOOMRACKS, INC. <br> A.R.T. DIGITAL HOLDINGS CORP. <br><br> *Defendant(s)* | Civil Action No. 4:25-cv-00787-BP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A.R.T. DIGITAL HOLDINGS CORP.
12600 HILL COUNTRY BOULEVARD, SUITE R-275
BEE CAVE, TEXAS 78738

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KURT H. KING
2801 NE 100TH STREET
KANSAS CITY, MO 64156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Oct 09, 2025

Signature of Clerk or Deputy Clerk